### 35344. OSLEY v. ABERNATHY.

FELTON, C. J. In an action for bail trover, where the petition alleges only the following description of the property: "9 Ladies Wool & Cashmere Coats, 1 Ladies Suit; 8 Mens Shirts, 1 Wool Sweater Set, 12 Ladies Skirts, 7 Boys Shirts, 7 Boys Overalls, 2 Childs Dresses, 3 Ladies Dresses, 2 Sport Coats, 4 Mens Trousers, 4 Ladies Wool & Cashmere Toppers, 2 Tech Type Sweaters, 2 Mens Overalls, 4 Sheets, 1 Chenille Bed Spread, 10 Pr. Mens Shoes, 5 Pr. Childs Shoes, 1 Bulova Mans Strap Watch, 3 Leather Mens Jackets, 1 Childs Snow Suit, 2 Pr. Mens Work Pants, 3 Boys Suits, 3 Leatherette Jackets, 4 Ladies Sweaters, 4 Cotton Slips, 3 Mrnd Best Coat Sweaters, 11 Boys Dungarees, 1 Pr. Boys Cordorory Pants, 1 Blanket, Total Value $575.00, Actual Wholesale Cost"; and there is no further description of the property—the petition fails to identify the property sufficiently even as to one item, and the court erred in overruling a motion to dismiss the petition in the nature of a general demurrer. See *Seaboard Security Co.* v. *Goodson*, 51 *Ga. App.* 512 (2) (180 S. E. 858), and *Teal* v. *Equitable Loan Co.*, 43 *Ga. App.* 673 (2) (159 S. E. 904).

*Judgment reversed. Quillian and Nichols, JJ., concur.*

DECIDED OCTOBER 8, 1954.

*Claude Hambrick,* for plaintiff in error.

*George H. Kasper, Jr., Norman C. Fisher, James A. Wofford,* contra.